IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

---

IN RE:
ANNA NICCOLE WHITAKER          CHAPTER 13
                                                 CASE NO. 14-26563-E
       DEBTOR(S)

---

OBJECTION TO CLAIM OF CERASTES, LLC

---

       Comes now, Debtor and objects to claim no. 9 (Trustee's claim no. 16) filed by Cerastes, LLC (c/o Weinstein, Pinson, & Riley) in the amount of $510.00 and moves this Court for an Order disallowing said claim. Debtor would show that this was an unsecured debt previously discharged in Debtor(s) prior Chapter 13 bankruptcy case (#08-31743-E) on September 13, 2013.

       WHEREFORE, PREMISES CONSIDERED, Debtor(s) pray(s) that this Court grant the relief requested and such other relief as the Court sees fit.

                                                 Respectfully submitted,

                                                 /s/ Arthur E. Ray, Jr. #5173
                                                 Arthur E. Ray, Jr.  #5173
                                                 Attorney for Debtor(s)
                                                 6244 Poplar Ave., Ste 150
                                                 Memphis, TN  38119
                                                 Tel (901) 682-1500, Fax (901) 881-9680
                                                 Email:  bank@memphislaw.com


CERTIFICATE OF SERVICE

       I certify that copies of this document were sent to the following by first class U.S. Mail on or before March 15, 2015.

                                                 /s/Arthur E. Ray, Jr. 5173

Debtor(s)
Chapter 13 Trustee
All entities on matrix