IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

---

IN RE:
ANNA NICCOLE WHITAKER           CHAPTER 13
                                CASE NO. 14-26563-E
    DEBTOR(S)

---

OBJECTION TO CLAIM OF CERASTES, LLC

---

Comes now, Debtor and objects to claim no. 4 (Trustee's claim no. 12) filed by Cerastes, LLC (c/o Weinstein, Pinson, & Riley) in the amount of $3,120.00 and moves this Court for an Order disallowing said claim. Debtor would show that this was an unsecured debt previously discharged in Debtor(s) prior Chapter 13 bankruptcy case (#08-31743-E) on September 13, 2013.

WHEREFORE, PREMISES CONSIDERED, Debtor(s) pray(s) that this Court grant the relief requested and such other relief as the Court sees fit.

Respectfully submitted,

/s/ Arthur E. Ray, Jr. #5173
Arthur E. Ray, Jr.  #5173
Attorney for Debtor(s)
6244 Poplar Ave., Ste 150
Memphis, TN  38119
Tel (901) 682-1500, Fax (901) 881-9680
Email:  bank@memphislaw.com

CERTIFICATE OF SERVICE

I certify that copies of this document were sent to the following by first class U.S. Mail on or before March 15, 2015.

/s/Arthur E. Ray, Jr. 5173

Debtor(s)
Chapter 13 Trustee
All entities on matrix